Locke
 
 —Judge
 

 delivered the opinion of the court.-^-The act of Assembly regulating appeals from the County to the Superior Court, declares, “ that all persons dissatisfied wid) the judgment of the County Court, shall be entitled an appeal to the Superior Court
 
 •,
 
 but before obtaining
 
 *179
 
 the saíne shall enter into bond with two sufficient securi ies fbr prosecuting the same with effect.” It seems therefore that the County Court have no power or authority to grant an appeal, until they have received from the appellant a bond and adjudged that the security offered is sufficient.— If therefore the party fail, during the sitting of the court, to obtain an appeal by executing a bond according to the provisions of the act, he is precluded forever thereafter from obtaining the same. The court is therefore of opi. nion that this bond being executed after the rising of the County Co the appeal intended to be proseewedihere* on cannot be sustained
 
 ;
 
 and that the Superior Court have no authority to take a bond to sustain it. The appeal must therefore be dismissed-